UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EXPORT DEVELOPMENT CANADA,<br>    Plaintiff, | )<br>)<br>) | |
| v. | ) | CIVIL ACTION: 1:20-00599-KD-B |
| SHORE ACRES PLANT FARM, INC.,<br>    Defendant. | )<br>)<br>) | |

**JUDGMENT**

In accordance with the Order issued on this date and the Order issued on March 16, 2021 (Doc. 14), it is hereby **ORDERED, ADJUDGED**, and **DECREED** that Judgment is entered in favor of Plaintiff Export Development Canada and against Defendant Shore Acres Plant Farm, Inc., in the amount of **$295,221.21** ($275,981.89 principal and $19,239.32 prejudgment interest).

**DONE** and **ORDERED** this the **25th** day of **March 2021.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**